UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                    CASE NO. 8:18-bk-02152-RCT
                                                          Chapter
**MICHAEL SUMMERS,**
        **Debtor(s)**
_____/

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

     The Debtor(s) requests entry of an order referring the Debtor(s) and Michael Summers, whose mortgage lien encumbers the Debtor(s) real property located at: 1210 26th Ave So, St. Petersburg, FL 33705 with a Mortgage Loan Number ending in4950 , to mortgage modification mediation, and in support states:

    1. Debtor(s) filed this Chapter 13 Case in an attempt to retain the primary residence.

    2. Debtor(s) would like to modify the terms of the mortgage(s) encumbering the primary residence. The Debtor(s) income will allow them to contribute as much as 31 % of their current gross income to payment of the modified mortgage debt.

    3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s)

     Wherefore, the Debtor(s) request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated: 4/24/2018

                                            /s/ David L. Del Vecchio
                                            David L. Del Vecchio, Esquire
                                            DEL VECCHIO & ASSOCIATES, P.A.
                                            111 Second Ave NE, #1403
                                            St. Petersburg, FL 33701

Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net

I HEREBY CERTIFY that a copy of the Motion For Referral to Mortgage Modification Mediation was furnished electronically or by U.S. Mail to US Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Kelly Remick, Chapter 13 Trustee, P.O. Box 6099, Sun City Center, FL 33571, the attached mailing matrix, this _24_ day of April 2018

/s/ David L. Del Vecchio
David L. Del Vecchio, Esquire
DEL VECCHIO & ASSOCIATES, P.A.
111 Second Ave NE, #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net

```
Label Matrix for local noticing          BSI Financial Services                   United States Trustee - TPA7/13 7
113A-8                                   1425 Greenway Drive., Ste.400            Timberlake Annex, Suite 1200
Case 8:18-bk-02152-RCT                   Irving, TX 75038-2480                    501 E Polk Street
Middle District of Florida                                                        Tampa, FL 33602-3949
Tampa
Tue Apr 24 10:51:55 EDT 2018

Bayfront HMA                             Capital One                              Department of Revenue
c/o Lotane & Assoc PA                    c/o Portfolio Recovery                   PO Box 6668
1980 Michigan Ave                        Dept 922                                 Tallahassee, FL 32314-6668
Cocoa, FL 32922-5729                     PO Box 4115
                                         Concord, CA 94524-4115

Federal National Mtg                     Internal Revenue Service                 Midland Funding/HSB
c/o Harris S Howard Esq                  P.O. Box 7346                            Pollack & Rosen PA
Howard Law Group                         Philadelphia, PA 19101-7346              806 Douglas Rd #200
450 No Park Rd #800                                                               Miami, FL 33134-2082
Hollywood, FL 33021-6920

Target/TD Bank                           David L. Del Vecchio                     Kelly Remick
PO Box 9540                              Del Vecchio & Assoc, PA                  Chapter 13 Standing Trustee
Portland, ME 04112-9540                  Plaza Tower                              Post Office Box 6099
                                         111 Second Ave NE #1403                  Sun City, FL 33571-6099
                                         St. Petersburg, FL 33701-3480

Michael L Summers
1210 26th Ave So
Saint Petersburg, FL 33705-3430
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service              End of Label Matrix
PO Box 7346                              Mailable recipients    12
Philadelphia, PA 19101-7346              Bypassed recipients     1
                                         Total                  13
```