UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                              CASE NO. 8:18-bk-02152-RCT
                                                    Chapter 13
MICHAEL SUMMERS,
        Debtor(s)
_____/

## AMENDED
## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

     The Debtor(s) requests entry of an order referring the Debtor(s) Michael Summers and Federal National Mtg, whose mortgage lien encumbers the Debtor(s) real property located at: 1210 26th Ave So, St. Petersburg, FL 33705 with a Mortgage Loan Number ending in4950 , to mortgage modification mediation, and in support states:

    1. Debtor(s) filed this Chapter 13 Case in an attempt to retain the primary residence.

    2. Debtor(s) would like to modify the terms of the mortgage(s) encumbering the primary residence. The Debtor(s) income will allow them to contribute as much as 31 % of their current gross income to payment of the modified mortgage debt.

    3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s)

    Wherefore, the Debtor(s) request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated: 4/26/2018

                                  /s/ David L. Del Vecchio
                                  David L. Del Vecchio, Esquire
                                  DEL VECCHIO & ASSOCIATES, P.A.
                                  111 Second Ave NE, #1403
                                  St. Petersburg, FL 33701

Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net

    I HEREBY CERTIFY that a copy of the Motion For Referral to Mortgage Modification Mediation was furnished electronically or by U.S. Mail to US Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Kelly Remick, Chapter 13 Trustee, P.O. Box 6099, Sun City Center, FL 33571, the attached mailing matrix, this __26__ day of April 2018

    /s/ David L. Del Vecchio
David L. Del Vecchio, Esquire
DEL VECCHIO & ASSOCIATES, P.A.
111 Second Ave NE, #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-02152-RCT<br>Middle District of Florida<br>Tampa<br>Tue Apr 24 10:51:55 EDT 2018 | BSI Financial Services<br>1425 Greenway Drive., Ste.400<br>Irving, TX 75038-2480 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Bayfront HMA<br>c/o Lotane & Assoc PA<br>1980 Michigan Ave<br>Cocoa, FL 32922-5729 | Capital One<br>c/o Portfolio Recovery<br>Dept 922<br>PO Box 4115<br>Concord, CA 94524-4115 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Federal National Mtg<br>c/o Harris S Howard Esq<br>Howard Law Group<br>450 No Park Rd #800<br>Hollywood, FL 33021-6920 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Midland Funding/HSB<br>Pollack & Rosen PA<br>806 Douglas Rd #200<br>Miami, FL 33134-2082 |
| Target/TD Bank<br>PO Box 9540<br>Portland, ME 04112-9540 | David L. Del Vecchio<br>Del Vecchio & Assoc, PA<br>Plaza Tower<br>111 Second Ave NE #1403<br>St. Petersburg, FL 33701-3480 | Kelly Remick<br>Chapter 13 Standing Trustee<br>Post Office Box 6099<br>Sun City, FL 33571-6099 |
| Michael L Summers<br>1210 26th Ave So<br>Saint Petersburg, FL 33705-3430 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     1<br>Total                  13 |