ORDERED.

Dated: April 25, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Michael L Summers,

    Debtor.*

Case No. 8:18-bk-02152-RCT
Chapter 13

_____/

## ORDER

THIS CASE came before the court on the Motion to Extend Automatic Stay (Doc. 13) filed by the Debtor. For the reasons stated on the record, the motion is:

_____ Denied

  ✓   Granted as to:

    _____ A. _____.

    _____ B. All creditors

    _____ C. All creditors except _____.

At its discretion, the court may file written findings of fact and conclusions of law.

Attorney for the Debtor is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of its entry.

---

\* References to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.